# UNITED STATES DISTRICT COURT

## 1983 Civil Rights Complaint

### Monell Claim

**Plaintiff's** _____.cv._____

Shife Trice #381221
Rodney Harvey #432097
Christopher Whitley #437259
Errol Godfrey-Hill #371089
Tyshawn Kennedy #443375
Herbert Rogers #378743
Ariel Escalante #433966
Miguel Costa #385286
Jared Johnson #442247
Geovannie Lugo #447031
Tajay Chambers #428774
Steve Henlon #446246
Jonathan Downs #449829
Divenson Petion #322706
George Mercer #414376
Sean Lawrence #355226
Xaver Torres #442988
D. Forrest #318559

SCANNED at and Emailed 10-22-24 by JO . 17 pages
date    initials    No.

Deshawn Davis #426216
Derrick Rivera #439864
Justin Ryals #350995
Yamil Restrepo #440821
Jacobi Brainard #417792

v.

Municipality of:

1.) Connecticut Department of Corrections
Security Risk Group Division Department
24 Wolcott Hill Road Wethersfield,
Connecticut 06109

2.) Connecticut Department of Corrections
Security Risk Group Division Department
Corrigan Correctional Center
986 Norwich New London Turnpike
Uncasville, Connecticut 06382

The State of Connecticut Congress violated the listed Plaintiff. United States Constitutional Right to the I. Amendment In the Dept. of. Corrections of Connecticut.

For establishing a Security Risk Group Member Programming System as law and Congress Shall make no laws. Of Prohibiting the free exercise thereof:

Abridging the freedom of Speech. By the right to express information, ideas, and opinions free from Government restrictions based on Content and subject only to reasonable limitations. (such as the Power of the Government to avoid a clear Present danger) and the right to the freedom of the Press.

By the right to publish and disseminate information by thoughts, and Opinions without any restraints or censorship as guaranteed under the First Amendment to the United States Constitution.

Therefore, being apart of the Security Risk Group system of Programming in the State of Connecticut Profile a Prisoner and by Clearly establishes a violation of the FREE Exercise Clause. That DEPRIVE All of the listed Plaintiff's the United STATES CONSTITUTIONAL RIGHTS OF THE FIRST AMENDMENT.

This is how the Connecticut Department of Corrections. Security Risk Group Division. Department is held reliable and responsible. At 24 Wolcott Hill Road Wethersfield, Connecticut 06109

All of...

The listed Plaintiff's is suing Connecticut Department of Corrections Corrigan Correctional Center 986 Norwich New London Turnpike Uncasville, Connecticut 06382 Security Risk Groups Division as a Monell Claim.

For violating the listed Plaintiff's XIV. Amendments Constitutional Civil Rights of NO Procedural Due process. section.#I of the XIV. Amendment.

The municipality of the: Conn. Dept. of Corrections at 986 Norwich New London Turnpike Uncasville, Connecticut 06382 Security Risk Group Division Enforcing Attachments (F) and (G) Named: Security Risk Groups Status Provisions and Management Standards.

To the Conn. Dept. of Corrections Policies and Procedures to the Administrative Directive 9.4 Special Management...

But, these "rules" of the Attachments (F) and (G) of the Security Risk Group Status Member Provisions and Management Standards. Specifically and Clearly does not exist within the municipality policies of any sort.

An, DEPRIVING all of the listed Plaintiff's

- The full out of Cell time a day
- Digital Correspondence / U.S.P.S
- (90) minute Phone calls a day.
- Self Purchase electronics

Enclosing this Claim as being made are Correct and True under the penalty of prejury as a Class Action. We are all housed at Corrigan

On October 21, 2024

1.) **As a Sought of Relief:**

We, Request this Honorable Court for a Summary Judgement. Pursuant to Federal Civil Procedures Rule 56(a) WITH IMMEDIATELY INJUNCTION RELIEF. TO OBTAIN EVERYTHING THE LISTED PLANTIFF'S ARE BEING DEPRIVED WITHOUT NO PROCEDURAL DUE PROCESS. Please. WITHIN A TWO WEEKS TIME FRAME PLEASE, AND NO MORE!!! SECURITY RISK GROUP PROGRAMMING.

2.) **As, another Sought of relief:**

Each listed Plaintiff is requesting from Both of the State of Connecticut Depts to pay $1 Million Dollars Jointly and each listed Plaintiff are willing to seek alternative of $500,000 Dollars, For Nominal Damages.

An all payments towards this Court matter be paid off in Full without any sort of deductions of the money Damages of Nominal Damages Requested.

This is the Administrative Directive 9.4 Special Management Page 18 Section 18 to Page 19

That specifically indicate that the Attachments (F) and (G) Does not exist at all from this Directive

For a set of rules to be implied, for a Security Risk Group Member in the accordance with Administrative Directive 6.14

| Directive Number 9.4 | Effective Date 04/21/2023 | Page 18 of 19 |
|---|---|---|
| Title | Special Management | |

the Director of OCPM.
13. Security Risk Group.
    a. Management.
        i. Placement, management and removal of inmates on Security Risk Group status shall be in accordance with Administrative Directive 6.14, Security Risk Groups.
14. Protective Custody.
    a. Management.
        i. Placement, management and removal of inmates on Protective Custody status shall be in accordance with Administrative Directive 9.9, Protective Management.
15. Extensions of Time.
    a. Notwithstanding the time frames established in this Directive, the Unit Administrator and/or the Director of OCPM may extend such time frames for good cause.
    b. Any such extensions of time shall be documented, including the reasons for the extension, on CN 9409, Notification of Extension of Status.
    c. No inmate shall be confined on Administrative Detention status for more than 30 calendar days without notice as to the reasons for such placement.
16. Appeal of a Special Management Decision. An inmate may file an appeal regarding a Special Management decision in accordance with Administrative Directive 9.6, Inmate Administrative Remedies.
17. Reporting. Each Unit Administrator shall include restrictive status and Special Management information in the monthly STARS report submitted to the appropriate District Administrator.
    a. Restrictive Housing Categories. For the purposes of this Directive, the following restrictive status categories shall be included in the monthly STARS report:
        i. Administrative Detention,
        ii. Punitive Segregation, and
        iii. Transfer Detention.
    b. Special Management Status Categories.
        i. Administrative Segregation,
        ii. Chronic Discipline,
        iii. SRG Member, and
        iv. Special Needs Management.
    c. Reporting Requirements. The report shall provide the following information for each category as required in accordance with Section 17(A) of this Directive:
        i. Number of placements during the month,
        ii. Number of removals during the month, and
        iii. Total number at the end of the month.
18. Forms and Attachments. The following forms and attachments are applicable to this Administrative Directive and shall be utilized for the intended function.
    a. CN 9401, Restrictive Housing/Special Management Unit Status Order;
    b. CN 9402, Notification of Hearing;
    c. CN 9403, Waiver of 48-Hour Hearing Notice and/or Attendance;
    d. CN 9404, Special Management Report of Hearing for Placement or Removal;
    e. CN 9405, Special Management Notification of Decision
    f. CN 9406, High Security Information Report;
    g. CN 9407, Special Monitoring Information Form;
    h. CN 9408, Notification of Placement High Security & Special Monitoring;
    i. CN 9409, Notification of Extension of Status;
    j. CN 9410, High Security and Special Monitoring Review Form;
    k. CN 9411, Administrative Segregation Phase Program Progression/Regression;
    l. Attachment A, Special Management Status - Provisions and Management

Rev. 8/17/23

| Directive Number 9.4 | Effective Date 04/21/2023 | Page 17 of 19 |
|---|---|---|
| Title | Special Management | |

       determine whether the continuation of Special Monitoring is warranted.
          1. If the receiving facility elects to discontinue the inmate's Special Monitoring status, the appropriate management sub code shall be removed by the receiving facility.
    f. Removal and Reclassification.
        i. After six (6) months, the Unit Manager/Supervisor may recommend the removal of the inmate from Special Monitoring status to the Unit Administrator or designee using CN 9410, High Security and Special Monitoring Review Form.
       ii. All removals from Special Monitoring shall be documented in Section 5 of the inmate's master file using CN 9202, Offender Classification History Form.
12. Abbreviated Special Monitoring Status.
    a. An inmate who discharges from custody while on Administrative Segregation or Chronic Discipline status and who is readmitted to custody after 30 calendar days of discharge shall have their status suspended.
       i. The inmate shall be placed on Abbreviated Special Monitoring status for a period of 15 business days and shall be housed in general population. During this period, the inmate will not be transferred to another facility unless medical or mental health issues warrant such transfer
       ii. The inmate shall be informed of his or her placement on Abbreviated Special Monitoring status and shall be provided with a copy of CN 9408, Notification of Placement High Security and Special Monitoring. The original copy of this form shall be placed in the inmate's master file. Should the inmate receive a Class A or Class B Disciplinary Report during this 15 business day period, the inmate may be considered for classification to a Special Management status.
       iii. At the conclusion of the initial 15 business day period of Abbreviated Special Monitoring, the inmate may be either, removed from Abbreviated Special Monitoring, continued on Abbreviated Special Monitoring, or considered for classification to a Special Management status.
    b. Removal from Abbreviated Special Monitoring.
       i. If the inmate is approved for removal from Abbreviated Special Monitoring, the Unit Administrator shall send the CN 9404, Special Management Report of Hearing for Placement or Removal from the initial placement along with notification of Abbreviated Special Monitoring removal without further consideration to a Special Management Status to the Director of OCPM. A copy of a completed CN 9410, High Security and Special Monitoring Review Forms, shall be provided to the inmate, advising him or her of their removal from Abbreviated Special Monitoring. If the inmate is suitable and meets the criteria for a lower classification level, the facility may lower the inmate's classification and submit the inmate for transfer to a lower security facility.
    c. Continuation on Abbreviated Special Monitoring. The Unit Administrator may continue the inmate on Abbreviated Special Monitoring Status for a specified period of time for further evaluation of the inmate's adjustment to readmission.
    d. Reinstatement. The inmate may be considered for reinstatement to a Special Management status if the inmate has returned from custody within 30 days of discharge, or the inmate's management factors or conduct warrants such action. A recommendation for reinstatement on a special management status shall be submitted to the District Administrator and

| Directive Number 9.4 | Effective Date 04/21/2023 | Page 19 of 19 |
|---|---|---|
| Title | Special Management | |

      Standards AD, TD and PS;
- m. Attachment B, Special Management Housing Status - Provisions and Management Standards AS and SN
- n. Attachment C, Special Management Status Matrix
- o. Attachment D, Chronic Discipline Status - Provisions and Management Standards;
- p. Attachment E, Provisions and Management Standards- High Security and Special Monitoring;
- q. Attachment F, Restrictive Housing Unit-Log Entries

19. <u>Exceptions</u>. Any exceptions to the procedures in this Administrative Directive shall require prior written approval from the Commissioner of the Department of Correction.

Rev. 8/17/23

THESE IS THE Attachments (F) and (G) of the:

Security Risk Group Member Status Provisions and Management Standards Set of Rules that does not Exist In The Conn. Dept. of Corrections Municipality Policies That Deprive us/The listed Plaintiff's with NO Procedural Due Process of Confinement. From the Security Risk Group Division



# Security Risk Group Member Status –
# Provisions and Management Standards
## Connecticut Department of Correction

Attachment F
8/19/22
AD 9.4

| Function | Security Risk Group Member – Phase 1 | Security Risk Group Member – Phase 2 |
|---|---|---|
| Recreation | A minimum of one (1) hour daily | A minimum of one (1) hour daily |
| Programs | Program opportunities shall be provided in cell. All programs shall be approved by the Director of Programs and Treatment. | Program opportunities shall be separate from general population in a secured area. All programs shall be approved by the Director of Programs and Treatment. |
| Education | At a minimum, individual education plans shall be maintained for those inmates 21 years of age and under who are deemed appropriate by the Education Department. Recommendation for the Education Department shall be accommodated consistent with the security needs of the housing units. | At a minimum, individual education plans shall be maintained for those inmates 21 years of age and under who are deemed appropriate by the Education Department. Recommendation for the Education Department shall be accommodated consistent with the security needs of the housing units. |
| Inmate Property | In accordance with storage requirements in AD 6.10, Inmate Property. Unless on Punitive Segregation status in which case storage requirements in AD 6.10, Inmate Property for Punitive Segregation shall be used. | In accordance with storage requirements in AD 6.10, Inmate Property. Unless on Punitive Segregation status in which case storage requirements in AD 6.10, Inmate Property for Punitive Segregation shall be used. |
| Commissary | Weekly Spending Limit = $50 | Weekly Spending Limit = $65 |
| Health Services | Health services staff shall tour the unit once per day, seven (7) days per week. | Health services staff shall tour the unit once per day, seven (7) days per week. |
| Mail Retention | May send and receive mail same as general population. | May send and receive mail same as general population. |
| Radio | Allowed. Walkman allowed. Earplugs must be used. No cassette tapes or compact discs (CDs) allowed in the unit. | Allowed. Walkman allowed. Earplugs must be used. No cassette tapes or compact discs (CDs) allowed in the unit. |
| Television Sets | Not allowed | Not allowed |
| Tablets | May be allowed at the discretion of the Unit Administrator. | May be allowed at the discretion of the Unit Administrator. |
| Telephone Usage | Three (3) 15-minute call allowed per week if not on any sanctions prohibiting telephone calls. Calls will be conducted during normal recreation time. Legal telephone calls:<br>1. All requests from an inmate's attorney for legal telephone calls.<br>Each inmate will be allowed two (2) requested legal telephone calls per month. | Three (3) 15-minute calls allowed per week if not on any sanctions prohibiting telephone calls. Calls will be conducted during normal recreation time. Legal telephone calls:<br>1. All requests from an inmate's attorney for legal telephone calls.<br>2. Each inmate will be allowed two (2) requested legal telephone calls per month. |



Please check the Back



# Security Risk Group Member Status – Provisions and Management Standards
## Connecticut Department of Correction

Attachment F
Rev. 8/19/22
AD 9.4

| Function | Security Risk Group Member - Phase 1 | Security Risk Group Member - Phase 2 |
|---|---|---|
| Out of Cell Restraints | The inmate shall be handcuffed behind the back for all out of cell movement. To a secured area such as the recreation yard, shower and phone area. Full restraints (handcuffs, leg iron and tether chain) will be utilized for all movement out of the unit or to a non-secure area such as medical, legal visits, social visits and staff offices. The exceptions to this are to legal visits, legal calls, medical appointments and inmate social calls. Exceptions may be made for social calls, if the facility is equipped with phone cages. For these exceptions, the inmate will be handcuffed in the front with a tether chain and leg irons. | No restraints allowed unless being moved back to Phase I. |
| Movement Within the Unit | Each inmate on Restraint Status shall be escorted on a minimum of one (1) staff to one (1) inmate basis unless at recreation. | The total amount of inmates permitted out of cell at one time for level 4 and level 3 facilities will be determined by the Unit Administrator or designee to ensure safety/security |
| Movement out of the Unit Within the Facility | Security Risk Group Members shall be escorted at all times while out of the unit, with the exception of the designated recreation yard. | Security Risk Group Members shall be escorted at all times while out of the unit, with the exception of the designated recreation yard. |
| In Cell Observation | 15-minute checks to be conducted by assigned staff. | 15-minute checks to be conducted by assigned staff. |
| In Cell Restraint Status | Any inmate who requires in cell restraint status may be reviewed for placement into Administrative Segregation. Their status will be managed by AD 6.5, Use of Force and AD 9.4, Restrictive Status. | Any inmate who requires in cell restraint status may be reviewed for placement into Administrative Segregation. Their status will be managed by AD 6.5, Use of Force and AD 9.4, Restrictive Status. |
| Cell Searches | Not less frequently than once every seven (7) days. | Not less frequently than once every seven (7) days. |
| Security Checks | Daily on first and second shift. | Daily on first and second shift. |
| Showers | Showers will be conducted during normal recreation time. | Showers will be conducted during normal recreation time. |
| Food Service | Regular meals inside of cell. | Regular meals inside of cell. |
| Work Assignments | No Work Assignments permitted. | Inmates will be paid institutional wages in accordance with AD 10.1, Inmate Assignment and Pay Plan. All work assignments will be assigned by the Unit Management Team. 1. Unit Janitor or Barber position in Phase 2 2. Any formal or informal disciplinary sanction will result in loss of the job. |



Please Check BAck

# Security Risk Group Member Status –
# Provisions and Management Standards
## Connecticut Department of Correction

Attachment G/1
8/19/22
AD 9.4

| Function | Security Risk Group Member - Phase 3 | Security Risk Group Member - Phase 4 and 5 |
|---|---|---|
| Out of Cell Restraints | No restraints allowed unless being placed in Restrictive Housing | No restraints allowed unless being placed in Restrictive Housing |
| Movement Within the Unit | The total amount of inmates permitted out of cell at one time for level 4 and level 3 facilities will be determined by the Unit Administrator or designee to ensure safety/security | The total amount of inmates permitted out of cell at one time for level 4 and level 3 facilities will be determined by the Unit Administrator or designee to ensure safety/security |
| Movement out of the Unit Within the Facility | Security Risk Group Members shall be escorted at all times while out of the unit, with the exception of the designated recreation yard. | Security Risk Group Members shall be escorted at all times while out of the unit, with the exception of the designated recreation yard. |
| In Cell Observation | 30-minute checks to be conducted by assigned staff. | 30-minute checks to be conducted by assigned staff. |
| In Cell Restraint Status | No in-cell restraints unless inmate is placed in Restrictive Housing | No in-cell restraints unless inmate is placed in Restrictive Housing |
| Cell Searches | Not less frequently than once every seven (7) days. | Not less frequently than once every seven (7) days. |
| Security Checks | Daily on first and second shift. | Daily on first and second shift. |
| Showers | Showers will be conducted during normal recreation time | Showers will be conducted during normal recreation time |
| Food Service | Regular meals inside of cell. | Regular meals inside of cell. |
| Work Assignments | Inmates will be paid institutional wages in accordance with AD 10.1, Inmate Assignment and Pay Plan.<br><br>All work assignments will be assigned by the Unit Management Team<br><br>1. Barber position in Phase 3<br>2. Any formal or informal disciplinary sanction will result in loss of the job. | Inmates will be paid institutional wages in accordance with AD 10.1, Inmate Assignment and Pay Plan.<br><br>All work assignments will be assigned by the Unit Management Team.<br><br>1. Barber position in Phase 4 and 5<br>2. Any formal or informal disciplinary sanction will result in loss of the job. |



Please Check the Back.



# Security Risk Group Member Status – Provisions and Management Standards
## Connecticut Department of Correction

Attachment G/2
8/19/22
AD 9.4

| Function | Security Risk Group Member - Phase 3 | Security Risk Group Member - Phase 4 and 5 |
|---|---|---|
| Recreation | A minimum of sixty (60) minutes out of cell per day seven (7) days per week | A minimum of sixty (60) minutes out of cell per day seven (7) days per week |
| Programs | Program opportunities shall be separate from general population in a secured area. All programs shall be approved by the Director of Programs and Treatment. | Program opportunities shall be separate from general population in a secured area. All programs shall be approved by the Director of Programs and Treatment. |
| Education | At a minimum, individual education plans shall be maintained for those inmates 21 years of age and under who are deemed appropriate by the Education Department. Recommendation for the Education Department shall be accommodated consistent with the security needs of the housing units. | At a minimum, individual education plans shall be maintained for those inmates 21 years of age and under who are deemed appropriate by the Education Department. Recommendation for the Education Department shall be accommodated consistent with the security needs of the housing units. |
| Inmate Property | In accordance with storage requirements in AD 6.10, Inmate Property<br><br>Unless on Punitive Segregation status in which case storage requirements in AD 6.10, Inmate Property for Punitive Segregation shall be used. | In accordance with storage requirements in AD 6.10, Inmate Property<br><br>Unless on Punitive Segregation status in which case storage requirements in AD 6.10, Inmate Property for Punitive Segregation shall be used. |
| Commissary | Weekly Spending Limit = $65 | Weekly Spending Limit = $65 |
| Health Services | Health services staff shall tour the unit once per day, seven (7) days per week. | Health services staff shall tour the unit once per day, seven (7) days per week. |
| Mail Retention | May send and receive mail same as general population. | May send and receive mail same as general population. |
| Radio | Allowed | Allowed |
| Television Sets | Allowed | Allowed |
| Tablets | Allowed | Allowed |
| Inmate Personal Property | Shall not exceed the six (6) cubic feet of total allowable property in the cell in accordance with AD 6.10, Inmate Property. Amount may be restricted by the Unit Administrator. | Shall not exceed the six (6) cubic feet of total allowable property in the cell in accordance with AD 6.10, Inmate Property. Amount may be restricted by the Unit Administrator. |
| Telephone Usage | Three (3) 15-minute calls allowed per day if not on any sanctions prohibiting telephone calls. Calls will be conducted during normal recreation times.<br><br>Legal telephone calls:<br>1. All requests from an inmate's attorney for legal telephone calls.<br>Each inmate will be allowed two (2) requested legal telephone calls per month. | Three (3) 15-minute calls allowed per day if not on any sanctions prohibiting telephone calls. Calls will be conducted during normal recreation times.<br><br>Legal telephone calls:<br>1. All requests from an inmate's attorney for legal telephone calls.<br>Each inmate will be allowed two (2) requested legal telephone calls per month. |
| Visits | Inmates may be allowed up to two (2) 30-minute non-contact visits per week with immediate family members on the approved visiting list only. All visits will be conducted on approved visiting days<br><br>Special visits, to include the inmate's attorney, shall be in accordance with AD 10.6, Inmate Visits. | Inmates may be allowed up to two (2) 30-minute non-contact visits per week with immediate family members and non-immediate family on the approved visiting list only. All visits will be conducted on approved visiting days<br><br>Special visits, to include the inmate's attorney, shall be in accordance with AD 10.6, Inmate Visits. |



Please check the Back



# Security Risk Group Member Status –
# Provisions and Management Standards
## Connecticut Department of Correction

Attachment F
8/19/22
AD 9.4

| Function | Security Risk Group Member - Phase 1 | Security Risk Group Member - Phase 2 |
|---|---|---|
| Visits | Inmates will be allowed two (2) one (1) hour non-contact visits per week with immediate family members on the approved visiting list only. All visits must be pre-scheduled through the Unit Secretary<br><br>Special visits, to include the inmate's attorney, shall be in accordance with AD 10.6, Inmate Visits. | Inmates will be allowed two (2) one (1) hour non-contact visits per week with immediate family members on the approved visiting list only. All visits must be pre-scheduled through the Unit Secretary<br><br>Special visits, to include the inmate's attorney, shall be in accordance with AD 10.6, Inmate Visits. |