UNITED STATES
DISTRICT COURT FOR THE:

Trice et al.                    Civil No. 3:24 cv 01696

V.                              November 5th, 2024

Department of Corrections

# MOTION TO DISMISS BY THE PLAINTIFF

I, Shife Jayvon Trice, had filed the wrong document pertaining to my Origanal Case number 3:24 cv 01557 of a 1983 Civil Right Monell Claim. This was something I was plaining to do but realized this is the same subject matter.
Therefore, I, Can not Complete the process.

So, I Shall not be Charged for the Filling fee of this Case number please

① 

SCANNED at and Emailed
11/7/24 by ß . 2 pages
date   initials   No.



*[signature]*
Pro se litigant

November 5, 2024

FOR THE UNITED STATES
DISTRICT COURT

②